**TRANSAMERICA INSURANCE COMPANY et al., Appellants,**

v.

**Billy Joe HARDIN et al., Appellees.**

**No. 16988.**

Court of Civil Appeals of Texas.

Fort Worth.

Jan. 31, 1969.

Rehearing Denied Feb. 28, 1969.

Lancaster Smith and Harvey L. Davis, Dallas, for appellant, Transamerica Ins. Co., and its party in privity, Don A. Loftis, d/b/a Don A. Loftis Const. Co.

Strasburger, Price, Kelton, Martin & Unis, and Royal H. Brin, Jr., Dallas, for appellees, Don A. Loftis, d/b/a Don A. Loftis Const. Co., Loftis & Faulk Const. Co., Lawrence R. McCullough and Dick N. Richards.

Jack Barton and William P. Philips, Jr., Denton, for appellee City of Denton, Texas.

George R. Edwards, Dallas, Jack Gray, Denton, Robert Guinn, Dallas, for appellee Billy Joe Hardin (no brief filed in this court).

OPINION

LANGDON, Justice.

This is an appeal brought for the purpose of reforming and correcting certain recitals alleged to be false and incorrect contained in a judgment which was agreed upon and approved as to both form and substance by all parties of record in the court below and

which judgment has been voluntarily satisfied or complied with by such parties.

Since the appeal is before us without any assignment by any of the parties of record in the court below complaining of any error on the part of the trial court and there being no fundamental error apparent of record the judgment is affirmed.

Affirmed.